**Tracey MORRISON, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 05–72462.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 22, 2006.

Tracey Morrison, Seattle, WA, pro se.

Charles S. Casazza, Clerk, U.S. Tax Court, Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Karen G. Gregory, Esq., U.S. Department of Justice Tax Division, Washington, DC, for Respondent.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

Tracey Morrison appeals pro se from the Tax Court's decision dismissing for failure to state a claim her petition challenging the Commissioner of Internal Revenue's ("Commissioner") notices of deficiency for tax years 2000 through 2002. We have jurisdiction pursuant to 26 U.S.C. § 7482. We review de novo a Tax Court's dismissal for failure to state a claim, *Grimes v. Comm'r,* 806 F.2d 1451, 1453 (9th Cir.1986) (per curiam), and we affirm.

The Tax Court properly dismissed Morrison's petition for failure to state a claim because she did not set forth a clear and concise assignment of error or any facts demonstrating error in the Commissioner's determinations. *See* Tax Ct. R. 34(b)(4); *Grimes,* 806 F.2d at 1453–54. Moreover, the Tax Court ordered Morrison to file an amended petition clearly setting forth the errors alleged, and she failed to do so.

Morrison's remaining contentions are unpersuasive.

We grant the Commissioner's motion for sanctions in the amount of $2,500. *See Grimes,* 806 F.2d at 1454 ("Sanctions are appropriate when the result of an appeal is obvious and the arguments of error are wholly without merit.").

**AFFIRMED WITH SANCTIONS**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.